

FILED
JUN 1 5 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | SEALED |
| | § | |
| v. | § | No. 4:23CR 128 |
| | § | Judge Mazzant |
| MALIK HOWARD MONROE | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Counts One through Eighteen

Violation: 18 U.S.C. § 924(a)(1)(A)
(False Statement During Purchase of a Firearm)

Between on or about March 10, 2021 and on or about July 30, 2021, in the Eastern District of Texas, the defendant, **Malik Howard Monroe**, knowingly made a false statement and representation to Range USA located in Denton, Texas, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Range USA, in that the defendant did execute Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives forms 4473, Firearms Transaction Record, to the effect that he was the actual purchaser of the listed firearms, whereas in truth and in fact, he was purchasing the firearms on behalf of K.B.,

| Count | Firearm Model | Serial Number | Purchase Date |
|---|---|---|---|
| One. | Ruger, Model AR-556, 5.56 mm semi-automatic pistol | 859-22403 | March 10, 2021 |
| Two. | HS Produkt, Model XD9, 9mm semi-automatic pistol | BA226653 | April 6, 2021 |
| Three. | Ruger, Model Ruger-57, 57 caliber semi-automatic pistol | 641-75490 | April 6, 2021 |
| Four. | Glock, Model 20Gen4, 10 mm semi-automatic | BTEM786. | April 14, 2021 |
| Five. | Kel-Tec, Model Sub 2000, 9 mm rifle | FG6V70 | April 22, 2021 |
| Six. | Glock, Model 19Gen5, 9mm semi-automatic pistol | BTCU835 | April 26, 2021 |
| Seven. | FN-USA, Model FNX-45 Tac, 45 caliber semi-automatic pistol | FX3U143793 | April 28, 2021 |
| Eight. | Glock, Model 023, 40 caliber semi-automatic pistol | BTET780 | May 10, 2021 |
| Nine. | Glock, Model G 19, 9 mm semi-automatic pistol | BSKE217 | May 19, 2021 |
| Ten. | Glock, Model G45, 9 mm semi-automatic pistol | BSNH651 | May 24, 2021 |
| Eleven. | Grand Powers SRO, Model Striborg SP9A3, 9 mm rifle | GSB7069 | July 2, 2021 |

| | | | |
|---|---|---|---|
| Twelve. | Glock Model 19X, 9mm semi-automatic pistol | AFTD065 | July 2, 2021 |
| Thirteen. | Glock Model 36, 45 caliber semi-automatic pistol | BSUG789 | July 14, 2021 |
| Fourteen. | Glock Model 19Gen5, 9mm semi-automatic pistol | AFCF809 | July 14, 2021 |
| Fifteen. | Glock GMBH, Model 22 Gen 4, 40 caliber semi-automatic pistol | BCSH292 | July 20, 2021 |
| Sixteen. | Glock Model 21, 45 caliber semi-automatic pistol | BSTZ692 | July 21, 2021 |
| Seventeen. | Mossberg, Model 590 12 gauge shotgun | V1341223 | July 27, 2021 |
| Eighteen. | Canik, Model TP9 Elite Com, 9 mm semi-automatic firearm | 21BN00022 | July 30, 2021 |

in violation of Title 18, United States Code, Section 924(a)(1)(A).

## Counts Nineteen through Thirty-Six

> Violation:  18 U.S.C. § 922(a)(6)
> (False statement during purchase of firearm)

Between on or about March 10, 2021 and on or about July 30, 2021, in the Eastern District of Texas, the defendant, **Malik Howard Monroe**, in connection with the acquisition of a firearm, from Range USA, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written

Indictment
Page 3

statement to Range USA, which statement was intended and likely to deceive Range USA as to a fact material to the lawfulness of such acquisition of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant represented that he was the actual purchaser of the listed firearms, whereas in truth and in fact, he was purchasing the firearms on behalf of K.B.:

| Count | Firearm Model | Serial Number | Purchase Date |
|---|---|---|---|
| Nineteen. | Ruger, Model AR-556, 5.56 mm semi-automatic pistol | 859-22403 | March 10, 2021 |
| Twenty. | HS Produkt, Model XD9, 9mm semi-automatic pistol | BA226653 | April 6, 2021 |
| Twenty-one. | Ruger, Model Ruger-57, 57 caliber semi-automatic pistol | 641-75490 | April 6, 2021 |
| Twenty-two. | Glock, Model 20Gen4, 10 mm semi-automatic | BTEM786. | April 14, 2021 |
| Twenty-three. | Kel-Tec, Model Sub 2000, 9 mm rifle | FG6V70 | April 22, 2021 |
| Twenty-four. | Glock, Model 19Gen5, 9mm semi-automatic pistol | BTCU835 | April 26, 2021 |
| Twenty-five. | FN-USA, Model FNX-45 Tac, 45 caliber semi-automatic pistol | FX3U143793 | April 28, 2021 |

| | | | |
|---|---|---|---|
| Twenty-six. | Glock, Model 023, 40 caliber semi-automatic pistol | BTET780 | May 10, 2021 |
| Twenty-seven. | Glock, Model G 19, 9 mm semi-automatic pistol | BSKE217 | May 19, 2021 |
| Twenty-eight. | Glock, Model G45, 9 mm semi-automatic pistol | BSNH651 | May 24, 2021 |
| Twenty-nine. | Grand Powers SRO, Model Striborg SP9A3, 9 mm rifle | GSB7069 | July 2, 2021 |
| Thirty. | Glock Model 19X, 9mm semi-automatic pistol | AFTD065 | July 2, 2021 |
| Thirty-one. | Glock Model 36, 45 caliber semi-automatic pistol | BSUG789 | July 14, 2021 |
| Thirty-two. | Glock Model 19Gen5, 9mm semi-automatic pistol | AFCF809 | July 14, 2021 |
| Thirty-three. | Glock GMBH, Model 22 Gen 4, 40 caliber semi-automatic pistol | BCSH292 | July 20, 2021 |
| Thirty-four. | Glock Model 21, 45 caliber semi-automatic pistol | BSTZ692 | July 21, 2021 |
| Thirty-five. | Mossberg, Model 590 12 gauge shotgun | V1341223 | July 27, 2021 |
| Thirty-six. | Canik, Model TP9 Elite Com, 9 mm semi-automatic firearm | 21BN00022 | July 30, 2021 |

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

Indictment
Page 5

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of committing any offense under 18 U.S.C. § 924, as charged in this Indictment, defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all property used to commit or facilitate the offenses, proceeds from the offenses, and property derived from proceeds obtained directly or indirectly from the offenses, including but not limited to the following firearms:

| # | Firearm | Serial |
|---|---|---|
| 1. | Ruger, Model AR-556, 5.56 mm semi-automatic pistol | 859-22403 |
| 2. | HS Produkt, Model XD9, 9mm semi-automatic pistol | BA226653 |
| 3. | Ruger, Model Ruger-57, 57 caliber semi-automatic pistol | 641-75490 |
| 4. | Glock, Model 20Gen4, 10 mm semi-automatic | BTEM786. |
| 5. | Kel-Tec, Model Sub 2000, 9 mm rifle | FG6V70 |
| 6. | Glock, Model 19Gen5, 9mm semi-automatic pistol | BTCU835 |
| 7. | FN-USA, Model FNX-45 Tac, 45 caliber semi-automatic pistol | FX3U143793 |
| 8. | Glock, Model 023, 40 caliber semi-automatic pistol | BTET780 |
| 9. | Glock, Model G 19, 9 mm semi-automatic pistol | BSKE217 |
| 10. | Glock, Model G45, 9 mm semi-automatic pistol | BSNH65l |
| 11. | Grand Powers SRO, Model Striborg SP9A3, 9 mm rifle | GSB7069 |
| 12. | Glock Model 19X, 9mm semi-automatic pistol | AFTD065 |
| 13. | Glock Model 36, 45 caliber semi-automatic pistol | BSUG789 |
| 14. | Glock Model 19Gen5, 9mm semi-automatic pistol | AFCF809 |
| 15. | Glock GMBH, Model 22 Gen 4, 40 caliber semi-automatic pistol | BCSH292 |
| 16. | Glock Model 21, 45 caliber semi-automatic pistol | BSTZ692 |
| 17. | Mossberg, Model 590 12 gauge shotgun | V1341223 |

18. Canik, Model TP9 Elite Com, 9 mm semi-automatic firearm      21BN00022

A TRUE BILL

_____
GRAND JURY FOREPERSON

DAMIEN M. DIGGS
UNITED STATES ATTORNEY

JAY R. COMBS
Assistant United States Attorney

6/14/2023
Date

Indictment
Page 7

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | SEALED |
| | § | |
| v. | § | No. 4:23CR 128 |
| | § | Judge Mazzant |
| MALIK HOWARD MONROE | § | |

## NOTICE OF PENALTY

### Counts One through Eighteen

Violation:   18 U.S.C. § 924(a)(1)(A)

Penalty:   Imprisonment for a term of not more than five years; a fine not to exceed $250,000.00; and supervised release of not more than three years.

Special Assessment: $100.00

### Count Nineteen through Thirty-Six

Violation:   18 U.S.C. §§ 922(a)(6) and 924(a)(2)

Penalty:   Imprisonment for not more than 10 years; a fine of not more than $250,000; and a term of supervised release of not more than three years.

Special Assessment:   $100.00